UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION



FILED

APR 19 2007

_____ CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-500 41 |
| Plaintiff, | INDICTMENT |
| vs. | Possession With the Intent to Distribute a Controlled Substance |
| NICHOLAS ANDERSON, | (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)) |
| Defendant. | |

The Grand Jury charges:

On or about April 8, 2007, at Pine Ridge, in the District of South Dakota, the defendant, Nicholas Anderson, did knowingly and intentionally possess, with the intent to distribute, marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

A TRUE BILL:

*Christine K Lueo*

FOREMAN

MARTY J. JACKLEY
United States Attorney

By: _____